PHILLIP A. TALBERT
Acting United States Attorney
ALSTYN BENNETT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:20-po-00512-CKD |
| | ) 2:21-po-00015-CKD |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO |
| v. | ) CONTINUE BENCH TRIAL |
| | ) |
| GEOFFREY D. PEABODY, | ) |
| | ) DATE: July 1, 2021 |
| | ) TIME: 9:00 a.m. |
| Defendant. | ) JUDGE: Hon. Carolyn K. Delaney |
| | ) |
| | ) |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through its counsel of record, stipulate as follows:

1. By previous order, this matter was scheduled for a bench trial on July 1, 2021 at 9:00 a.m.

2. On June 29, 2021, government counsel emailed counsel for the defendant to request a continuance due to the unavailability of a government witness.

3. By this stipulation, the parties now jointly move to

/ / /

STIPULATION AND ORDER          1          U.S. V. GEOFFREY D. PEABODY

continue the bench trial to July 22, 2021 at 9:00 a.m.

IT IS SO STIPULATED.

DATED: June 30, 2021        PHILLIP A. TALBERT
                            Acting United States Attorney

                      By:   */s/ Alstyn Bennett*
                            ALSTYN BENNETT
                            Assistant U.S. Attorney


                            */s/ Linda Allison*
                            LINDA ALLISON
                            Assistant Federal Defender
                            Counsel for Defendant
                            (*Per 06/30/2021 email authorization from Linda Allison*)

**FINDINGS AND ORDER**

IT IS SO ORDERED, that the bench trial scheduled for July 1, 2021 is continued to July 22, 2021 at 9:00 a.m.

FOUND AND ORDERED.

Dated: June 30, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE