PHILLIP A. TALBERT
Acting United States Attorney
DENISE N. YASINOW
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:20-po-00512-CKD |
| | ) 2:21-po-00015-CKD |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO VACATE |
| v. | ) BENCH TRIAL AND SET CHANGE OF |
| | ) PLEA AND SENTENCING HEARING |
| GEOFFREY D. PEABODY, | ) |
| | ) |
| | ) |
| Defendant. | ) DATE:  July 22, 2021 |
| | ) TIME:  9:00 a.m. |
| | ) JUDGE: Hon. Carolyn K. Delaney |
| | ) |
| | ) |

**STIPULATION**

The United States of America, by and through its counsel of
record, and defendant, by and through its counsel of record,
stipulate as follows:

1.    By previous order, this matter was scheduled for a bench
trial on July 22, 2021.

2.    Since the status conference, the defendant has agreed to
accept a plea offer in lieu of going to trial.

3.    By this stipulation, the parties now jointly move to vacate
the bench trial on July 22, 2021 and set a change of plea and

sentencing hearing on July 22, 2021 at 9:00 a.m.

IT IS SO STIPULATED.


DATED: July 15, 2021             PHILLIP A. TALBERT
                                 Acting United States Attorney


                          By:  */s/ Denise N. Yasinow*
                               DENISE N. YASINOW
                               Assistant U.S. Attorney



                               */s/ Linda Allison*
                               LINDA ALLISON
                               Assistant Federal Defender
                               Counsel for Defendant



                       **FINDINGS AND ORDER**

IT IS SO ORDERED, that the bench trial currently set for July 22,

2021 is vacated and a change of plea and sentencing hearing is set for

July 22, 2021 at 9:00 a.m.

FOUND AND ORDERED.

Dated:  July 16, 2021

                               CAROLYN K. DELANEY
                               UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28